(116 So. 917)

## UNITED STATES CAST IRON PIPE & FOUNDRY CO. v. Tom HENDERSON.
(6 Div. 155.)

Supreme Court of Alabama.    May 17, 1928.

Certiorari to Court of Appeals.

Arlie Barber, of Birmingham, for petitioner. Knox, Acker, Sterne & Liles, of Anniston, opposed.

PER CURIAM. Petition of Tom Henderson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in United States Cast Iron Pipe & Foundry Co. v. Henderson, 116 So. 915.

Writ denied.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BROWN, JJ., concur.